## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**MARIA MERCEDES RAMIREZ,**

     **Plaintiff,**

**v.**                                                      **Case No.  8:07-cv-636-T-30EAJ**

**ALBERTO GONZALEZ, et al., ,**

     **Defendants.**

_____/

## ORDER OF DISMISSAL

     Before the Court is the Petitioner's Notice of Voluntary Dismissal (Dkt. #16).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

    1.     This cause is dismissed without prejudice.

    2.     All pending motions are denied as moot.

    3.     The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida on February 1, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-636.dismissal 16.wpd